344-08/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MUR SHIPPING BV, AMSTERDAM

                    Plaintiff,

                 - against -

CHORUS SHIPPING CO., LTD.,

                    Defendant.
------------------------------------------------------------------x

08 Civ.

**RULE 7.1 STATEMENT**

      The Plaintiff, MUR SHIPPING BV, AMSTERDAM by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 23, 2008

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff

                        By: _____
                               Peter J. Gutowski (PG 2200)
                               Pamela L. Schultz (PS 8675)
                               80 Pine Street
                               New York, NY 10005
                               Telephone: (212) 425-1900
                               Fax: (212) 425-1901

*[Received stamp: JUN 23 2008, U.S.D.C. S.D.N.Y. CASHIERS]*
*[Stamp: JUDGE MARRERO]*
*[Stamp: 08 CV 5642]*

NYDOCS1/307175.1